# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

LODGED
RECEIVED COPY
APR 2 2 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

*UNITED STATES OF AMERICA*

*V.*

**CRIMINAL COMPLAINT**

**Medardo Chavez-Burgos;**
**Juan Felix; and**
**Efrain Yanez.**
*(Name and Address of Defendant)*

**CASE NUMBER:** 04-5127 M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 21, 2004, in the District of Arizona, defendants, Medardo Chavez-Burgos, Juan Felix, and Efrain Yanez did conspire to possess with intent to distribute methaphmetamine: in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

I further state that I am Task Force Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

**(See Statement of Probable Cause)**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: AUSA, M. MALAIKA RAHI-LOO mel

Rhonda M. Aquipel, TFA/DEA
Name of Complainant

TFO [signature]
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 22, 2004
Date

at

Phoenix, Arizona
City and State

The Honorable Morton Sitver
United States Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

Statement of Probable Cause

I, Rhonda M. Aquipel, being duly sworn, hereby depose and state as follows:

1. I am a Scottsdale Police Department Narcotics Detective. I have been employed with the Scottsdale Police Department for 4 ½ years. During that time I have attended numerous courses in detection and investigation of narcotics. I have conducted numerous drug related investigations of illegal narcotics. I have conducted numerous drug related investigations either as the case agent or the co-case agent. I was assigned as a Task Force officer with the Drug Enforcement Administration in February, 2004. I have been cross-designated as a Federal officer and am presently assigned to the DEA Phoenix Divisional Office. I have become familiar with the facts recited in this affidavit through my personal participation in the investigation and by consultation with other participating agents.

2. During the week of April 11, 2004, at the direction of DEA, a confidential source of information (hereafter referred to as a CS), who has been used in other investigations, and who has been proven reliable, met with an individual known to him/her at the time as Efrain YANEZ. YANEZ negotiated with the CS for the delivery of 12 lbs. of Methamphetamines. YANEZ also showed the CS 1 lb. of Methamphetamines. CS reported he was shown a sample of suspected methamphetamines, which was contained in a plastic Tupperware container with a blue lid.

3. On April 19, 2004, at the direction of DEA, the CS met with YANEZ at 32nd St. and Indian School Road. On that day the CS and YANEZ discussed the purchase and delivery of 12 lbs. of Methamphetamines for $8,500.00 per pound. YANEZ also stated he would attempt to provide a sample of methamphetamines to the CS. These

conversations were monitored and taped by DEA. CS was provided with a transmitting device which provided a recording of negotiations between CS and YANEZ.

4. On April 20, 2004, at the direction of DEA, the CS and YANEZ met at 32nd St. and Thomas again to discuss the purchase and delivery of 12 lbs. of Methamphetamines for $8,500.00. YANEZ also stated he would attempt to provide a sample of methamphetamines to the CS. These conversations were monitored and taped by DEA. CS was provided with a transmitting device which provided a recording of negotiations between CS and YANEZ.

5. On the afternoon April 21, 2004, at the direction of DEA, the CS met at 43rd Ave and McDowell with YANEZ and two additional Hispanic males who were identified as Medardo CHAVEZ-BURGOS, and Juan FELIX. They arrived together in a late model white FORD pickup bearing AZ license plate #HBX 521. At that time YANEZ, CHAVEZ-BURGOS, and FELIX provided the CS a 1 lb. sample of methamphetamine for inspection. The CS stated the sample was similar to the one he had seen on the week of April 11, 2004. The CS stated the suspected methamphetamines were contained in a plastic Tupperware container with a blue lid. At the same meeting the CS continued negotiations with FELIX and CHAVEZ-BURGOS for the delivery of 12 lbs. of methamphetamines. CS stated that CHAVEZ-BURGOS stated he would initially bring 5 lbs. of methamphetamine. At the successful completion of that transaction the additional methamphetamine would be provided. FELIX told the CS after the 5 lb. transaction they would go to the shop (through surveillance it was determined that the shop FELIX was referring to was located at 3014 W. McDowell) and obtain the last 7 lbs. FELIX and

CHAVEZ-BURGOS departed the area while YANEZ stayed with the CS. YANEZ was present throughout this entire negotiation.

6. DEA agents at that time followed FELIX and CHAVEZ-BURGOS to MR. Sound, a shop located at 3014 W. McDowell in Phoenix. A short time later CS met with FELIX, CHAVEZ-BURGOS, and an unknown Hispanic male who all arrived together in a brown mini-van bearing AZ license plate # 038 KSS. The subjects met up with CS and YANEZ at 43rd Ave and Thomas. At that time CHAVEZ and FELIX drove up and presented the CS with a brown cardboard box containing 5 Tupperware containers with blue lids. CHAVEZ-BURGOS and FELIX stated that each container, contained 1 lb. of methamphetamines for the CS to inspect. Following the CS inspection CHAVEZ-BURGOS and FELIX departed the area with the 5 lbs. of methamphetamines driving the brown van. The negotiations between the CS, CHAVEZ-BURGOS, FELIX, and YANEZ were monitored and taped by DEA. The CS was provided with a transmitting device which provided recorded conversations.

7. A short time later, the van was observed at 3014 W. McDowell. DEA agents obtained consent to search the property by the owner. DEA agents found CHAVEZ-BURGOS and FELIX at this location along with the cardboard box containing the five Tupperware containers with the blue lid containing suspected methamphetamines. The cardboard box along with the Tupperware containers were found in a white 2 door GEO hatchback registered to CHAVEZ-BURGOS. The vehicle was bearing AZ license plate #591 MDC. CHAVEZ-BURGOS and FELIX were taken into custody and the cardboard box with the containers was seized. Agents also arrested YANEZ at 43rd Avenue and McDowell where he was waiting with the CS for the transaction to be completed.

CHAVEZ-BURGOS, FELIX and YANEZ were advised of their Miranda rights upon arrest and all invoked.

8. The box seized containing the five plastic Tupperware containers with the blue lids containing suspected methamphetamines were field tested by S/A Campbell and witnessed by TFO Aquipel. The field test provided a positive response for methamphetamines. The methamphetamine reagent kit was used.

9. Based on the foregoing, it is the belief of your complainant that probable cause exists to charge CHAVEZ-BURGOS, FELIX and YANEZ with Conspiracy to Possess with Intent to Distribute 500 grams or more of Methamphetamine in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii).

Detective Rhonda M. Aquipel
Task Force Officer
Drug Enforcement Administration

Sworn to me this 22nd day of April 2004.

HONORABLE MORTON SITVER
United States Magistrate Judge