**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

CR-04-403-PHX-ROS

X FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 7 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 4/22/2004 CASE NUMBER: 04-05127M-002

USA vs. Juan Felix

U.S. MAGISTRATE JUDGE: MORTON SITVER #: 70AC

A.U.S. Attorney Michael S. Somsan INTERPRETER Cristina Sporrer
LANGUAGE Spanish

Attorney for Defendant Mark J. Berardoni (Appointed)
MATERIAL WITNESS(es): ___
MATERIAL WITNESS(es) state true name(s) to be: ___
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 4/21/2004
☒ Financial Afdvt taken
☐ Rule 5(c)(3)
☒ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for: 4/28/2004 at 4:00 PM<br>Before: MAGISTRATE JUDGE MATHIS<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ___<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 4/28/2004 at 4:00 PM<br>Before: MAGISTRATE JUDGE MATHIS<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: ___<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: ___

RECORDED by Courtsmart
BY: Phylis Durbin
Deputy Clerk

4

CC:
U.S. Marshal (✓)
Probation ( )
U.S. Attorney ( )
Immigration ( )
Atty for Dft ( )
Defendant ( )
Judge (✓) done
Order Book ( )
Pretrial Services (✓)
Interpreter ( )
Other (✓) CSA Unit

By: [illegible]
Date: 4/23/04