X FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 7 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>1. Medardo A. Chavez-Burgos; (Counts 1 - 2)<br>2. Juan Felix; (Counts 1- 2)<br>3. Efrain Felix Yanez (Counts 1 - 2),<br>Defendants. | CR04-0403PHX ROS DKD<br>**I N D I C T M E N T**<br>VIO: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Methamphetamine, a Controlled Substance) Count 1<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) (Possession With Intent to Distribute Methamphetamine, a Controlled Substance) Count 2<br>18 U.S.C. § 2 (Aid and Abet Counts 2) |

THE GRAND JURY CHARGES:

**COUNT 1**

Beginning on a date unknown to the Grand Jury and continuing through April 21, 2004, in the District of Arizona, defendants MEDARDO A. CHAVEZ-BURGOS, JUAN FELIX, and EFRAIN FELIX YANEZ did knowingly and intentionally combine, conspire, confederate, and agree together, and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled

7

Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

In violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about April 21, 2004, within the District of Arizona, defendants MEDARDO A. CHAVEZ-BURGOS, JUAN FELIX, and EFRAIN FELIX YANEZ did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 18 United States Code, Section 2.

A TRUE BILL

Margaret Hull

FOREPERSON OF THE GRAND JURY
Date: April 27, 2004

PAUL K. CHARLTON
United States Attorney
District of Arizona

Glenn B. McCormick

Glenn B. McCormick
Assistant U.S. Attorney