**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

X FILED ___ LODGED
___ RECEIVED ___ COPY
APR 29 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 04/28/04 CASE NUMBER: CR 04-403-2-PHX-ROS

USA vs. Juan Felix

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS #: 70BF

A.U.S. Attorney Glenn McCormick INTERPRETER Lita Van Duzer
LANGUAGE Spanish

Attorney for Defendant Mark Berardoni (appointed)

DEFENDANT: ☒ PRESENT ☒ CUSTODY

DOA___ ☐ Initial Appearance ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | ARRAIGNMENT HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☒ Reset | ☒ Held ☐ Con't ☐ Reset |
| Set for: 5/6/04 at 3:30 PM<br>before: MAGISTRATE JUDGE SITVER | Set for:<br>Before: |
| ☐ Defendant ordered temporarily detained in the custody of the United States Marshal | Plea of NOT guilty entered to Counts all pending. |
| ☐ Defendant ordered released ___ | DATE OF MOTION DEADLINE: 15 days |
| ☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | Defendant bound over to U.S.D.C. for trial on June 1, 2004 at 9:00 AM before JUDGE SILVER |
| **STATUS HEARING RE :** Set for before | |

Other: Detention hearing reset to allow defense counsel to investigate immigration status.

RECORDED: Cass. CS
BY: Lynne Scott
Deputy Clerk

10

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on April 29, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By ____________________ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WDMSXvahvf_