**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

X FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 10 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 5/6/2004 CASE NUMBER: CR 04-00403-002-PHX-ROS

USA vs. Juan Felix

U.S. MAGISTRATE JUDGE: MORTON SITVER #: 70AC

A.U.S. Attorney Michael McCormick INTERPRETER Louis Velasco
LANGUAGE Spanish

Attorney for Defendant Mark J. Berardoni (Appointed)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA___ ☐ Initial Appearance ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:** | **ARRAIGNMENT HEARING:** |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☒ Reset | ☐ Held ☐ Con't ☐ Reset |
| for: 5/10/04 at 11:00 AM<br>Before: MAGISTRATE JUDGE SITVER | Set for:<br>Before: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Plea of NOT guilty entered to Counts. |
| ☐ Defendant ordered released ___ | DATE OF MOTION DEADLINE: |
| ☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | Defendant bound over to U.S.D.C. for trial on _ in _ before_ |

**STATUS HEARING RE :** Set for before

Other: Oral motion by defense counsel to reset the detention hearing to allow Pretrial Services to interview the defendant. No objection. Motion **GRANTED.**
The Court Finds that good cause exists to continue the detention hearing. Time waived on behalf of the defendant in which to have the detention hearing held.

RECORDED by Courtsmart
BY: Sherise M. Marshall
Deputy Clerk

(14)