**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

X FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 10 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 5/6/2004 CASE NUMBER: CR 04-00403-003-PHX-ROS

USA vs. Efrain Felix Yanez

U.S. MAGISTRATE JUDGE: MORTON SITVER #: 70AC

A.U.S. Attorney Glenn McCormick

INTERPRETER Louis Velasco
LANGUAGE Spanish

Attorney for Defendant Herman Alcantar (Retained)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA__ ☐ Initial Appearance ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:** | **ARRAIGNMENT HEARING:** |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☒ Reset | ☐ Held ☐ Con't ☐ Reset |
| for: 5/11/04 at 3:30 PM<br>Before: MAGISTRATE JUDGE MATHIS | Set for:<br>Before: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ___<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | Plea of NOT guilty entered to Counts.<br>DATE OF MOTION DEADLINE:<br>Defendant bound over to U.S.D.C. for trial on __ in __ before__ |
| **STATUS HEARING RE:** | |

Other: Oral motion by defense counsel to reset the detention hearing to allow Pretrial Services to interview the defendant. No objection. Motion **GRANTED.**
The Court Finds that good cause exists to continue the detention hearing. Time waived on behalf of the defendant in which to have the detention hearing held.

RECORDED by Courtsmart
BY: Sherise M. Marshall
Deputy Clerk

15