X FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 1 1 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Mark J. Berardoni
State Bar No. 012970
Luhrs Tower
45 West Jefferson St., Suite 810
Phoenix, Arizona 85003-2317
(602) 257-1295

Attorney for Defendant - *Juan Felix*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, Plaintiff, v. Juan Felix, Defendant. | **CR04-403-002-PHX-ROS** **MOTION TO CONTINUE TRIAL AND ORDER** |

Defendant, by and through undersigned counsel, hereby requests this Honorable Court to continue the Trial currently scheduled for June 8, 2004 at 9:00 a.m., before Honorable James A. Teilborg. The continuance is requested due to the fact that additional time is needed for ongoing investigation and continuing discovery process. Further, counsel undersigned will be out of the office and unavailable to appear. Accordingly, more time is required and a continuance is appropriate.

The Government, by Assistant United States Attorney, Glenn McCormick, has been advised of the motion and has no opposition to the continuance and vacating the status conference. Herman Alcantar, Jr., counsel for co-defendant, Efrain Felix-Yanez, as well as counsel for co-defendant, Medardo Chavez-Burgos, have both been advised of the motion, have no objection and join the motion regarding the continuance and vacating the status conference set for Monday, May 17, 2004.

This motion is brought in good faith for the reasons stated and not solely for the purpose of delay. The delay occasioned by the extension, and the reasons therefore, outweigh the interest of the Government, the Defendant, and the Public in a speedy trial.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C.§ 3161 (h)(8)(A) may occur as a result

MARK J. BERARDONI
ATTORNEY AT LAW

19

of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 11th day of May, 2004.

Mark J. Berardoni
Attorney for Defendant- *Jared Cameron Tso*

COPIES OF THE FOREGOING delivered/mailed
this 11th day of May, 2004, to:

Honorable Roslyn O. Silver
United States District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, Arizona 85003

Glenn McCormick, Esq.
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Herman Alcantar, Jr., Esq.
1001 N. Central Avenue, Suite 660
Phoenix, Arizona 85004
Attorney for Co-Defendant Efrain Felix-Yanez

Eugene Marquez, Esq.
824 S. Mill Avenue, Suite 1
Tempe, Arizona 85281
Attorney for Co-Defendant Medardo Chavez-Burgos

Juan Felix

By:____________________