X FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 12 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Juan Felix,<br>Defendant. | CASE NO. CR 04-0403 PHX ROS<br>**ORDER OF DETENTION** |

In accordance with the Bail Reform Act, 18 U.S.C.§ 3142(f), a detention hearing has been held. I conclude that the following facts establish by a preponderance of the evidence that defendant poses a flight risk and by clear and convincing evidence that the defendant is a danger to the community and therefore that the detention of the defendant pending trial is required:

[X] There is probable cause to believe that the defendant has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 801 et seq. / ~~§ 951 et seq~~.

[] There is probable cause to believe that the defendant has committed an offense under 18 U.S.C. § 924(c)

[X] The defendant has ~~not~~ only partially rebutted the presumption that no condition or combination of conditions will:

[X] reasonably assure the appearance of the defendant as required (and) has not rebutted the presumption that no condition or combination of conditions will [X] assure the safety of other person(s) or the community with respect to drug trafficking.

20

X In addition, I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that: the defendant was directly involved in providing the methamphetamine involved in this case and there has been no showing of any inability on his part to continue to engage in drug trafficking.

X In addition, I find by a preponderance of the evidence and information submitted at the hearing that: the defendant -

1. Is a legal permanent resident alien of the United States with family ties to Mexico as well as to the United States.
2. If convicted is subject to a mandatory minimum term of imprisonment of ten years
3. Has a prior conviction for theft.

The court incorporates by reference the findings of the Pretrial Services Office which were reviewed by the court at the time of the hearing in this matter.

The court therefore concludes that there is a serious risk that the defendant will flee, that no condition or combinations of conditions will reasonably assure the appearance of the defendant as required, and that no condition or combination of conditions will reasonably assure the safety of other persons and the community.

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS ORDERED that should an appeal of this detention order be filed with the district court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the court to allow Pretrial Services an opportunity to interview and investigate the suitability of the potential third party custodian to act as such.

DATED this 10th day of May, 2004

Morton Sitver
United States Magistrate Judge