FILED RECEIVED
MAY 11 2004

X FILED RECEIVED
MAY 13 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, v. Juan Felix, Defendant. | CR04-403-002-PHX-ROS<br>**ORDER TO CONTINUE TRIAL** |

Upon motion of the Defendant, for the reasons set forth in the motion and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion to Continue Trial Date is granted pursuant to 18 U.S.C.§3161(h)(8)(A). This court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.§3161(h)(8)(B)(iv).

As to all defendants,

IT IS ORDERED that the Trial date be continued from Tuesday, June 1, at 8:30 a.m. to August 3, at 8:30 a.m., in courtroom 604, 6th floor, in Phoenix, Arizona. Motions deadline is extended to July 2, 2004.

25

IT IS FURTHER ORDERED that the Status Conference currently set for May 17, 2004, at 3:00 p.m. be vacated.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h)(8)(A) is found to commence on 6/1/04, for a period of 63 days.

DATED: May 12, 2004.

Roslyn O. Silver

Honorable Roslyn O. Silver
United States District Court
District of Arizona