X FILED
____ RECEIVED

JUL 0 1 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY__________

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

-1 Medaro Chavez-Burgos
-2 Juan Felix
-3 Efrain Felix-Yaney,

Defendant.

NO. CR04-403-PHX-ROS

**ORDER**

| | | |
|---|---|---|
| CR03-1246 | -PHX-ROS, United States v. | Israel Thomas Alvanez |
| CR04-343 | -PHX-ROS, United States v. | Linda Lyles |
| CR03-864 | -PHX-ROS, United States v. | -1 Manuel Osuna-Ardinez<br>-3 Francisco Laguna-Tarazon<br>-4 Charles Steele |
| CR03-1128 | -PHX-ROS, United States v. | -1 Latoya Hubbard<br>-2 Dexter Hardison |
| CR04-157 | -PHX-ROS, United States v. | Joshua Dowling |
| CR04-403 | -PHX-ROS, United States v. | -1 Medaro Chavez-Burgos<br>-2 Juan Felix<br>-3 Efrain Felix-Yaney |
| CR03-957 | -PHX-ROS, United States v. | Jose Rios Rico |
| CR04-359 | -PHX-ROS, United States v. | Leo Avery |
| CR03-1320 | -PHX-ROS, United States v. | Sacramento Velasquez-Morales |
| CR03-974 | -PHX-ROS, United States v. | Neil Bond |
| CR04-590 | -PHX-ROS, United States v. | Sacramento Velasquez-Morales |

28

| | | |
|---|---|---|
| CR04-487 | -PHX-ROS, United States v. | -1 Lita Young<br>-2 Teddy Lowe |
| CR01-408 | -PHX-ROS, United States v. | Norman Foster |
| CR04-594 | -PHX-ROS, United States v. | -1 Arturo Chacon-Rocha<br>-2 Erick Montiel-Lopez<br>-3 Marcial Avila-Anguiano |
| CR04-586 | -PHX-ROS, United States v. | -1 Manuel Rivera-Rubio<br>-2 Angulo Flavio Guillermo |
| CR04-326 | -PHX-ROS, United States v. | Ubaldo Subirias-Gonzales |
| CR04-599 | -PHX-ROS, United States v. | Karl John Cascketta |

These cases are currently set for trial on **August 3, 2004 at 8:30 a.m.** before this Court in Phoenix, Arizona. In order to properly administer the calendar, a status conference is necessary.

**IT IS HEREBY ORDERED** that all counsel appear at a status conference on **Monday**, **July 19, 2004** at **3:00 p.m.**. Each of these cases affects the docketing of the other cases. Therefore, no counsel shall be excused until the proceedings are concluded. No substitution of counsel will be permitted. Because this is a status conference, it will not be necessary for the defendants to appear in person.

**IT IS FURTHER ORDERED** that **five days prior** to attending the status conference, counsel must complete the following:

1. **Meet** personally and **agree**:
    a. Whether the case will proceed to trial or be resolved by a plea.
    b. Whether either party will seek a continuance.
    c. What motions, if any, can be resolved by stipulation of counsel.
    d. What disputed motions, if any, will be filed and need to be resolved.
    e. Whether either party has filed or anticipates filing motions in limine.
2. **Prepare** proposed jury instructions to be filed **three days before** the **status conference**. Requested Model Ninth Circuit Instructions may be designated by number.
3. All 404(b) notices and Rule 4.11 notices are to have been filed prior to the status conference in accordance with applicable rules.

4. All discovery disputes are to have been resolved prior to the status conference.

The topics listed in paragraphs 1 - 4 will be **discussed** and disputed issues **resolved** at the status conference.

If a change of plea for a defendant has been scheduled or a motion to continue has been **filed no later than 12:00 p.m. on Wednesday, July 14, 2004, and granted by the Court,** the hearing for that defendant will be vacated. The Court may require counsel to appear and discuss the motion to continue if there have already been several motions granted in the case. **IT IS FURTHER ORDERED** that you shall e-mail, rather than telephone, the courtroom deputy at Kathleen_Zoratti@azd.uscourts.gov to confirm that the hearing has been vacated.

**ALL STIPULATED MOTIONS TO CONTINUE AND CHANGE OF PLEA DATE REQUESTS MUST BE RECEIVED BY THE ABOVE DATE AND TIME. IF THE MOTION TO CONTINUE IS NOT RECEIVED BY THE DATE ABOVE, COUNSEL MUST BRING IT TO THE STATUS HEARING OR BE PREPARED TO BE SANCTIONED. IF COUNSEL HAVE NOT SUBMITTED A PLEA OR MOTION TO CONTINUE, COUNSEL ARE REQUIRED TO NOTIFY THE COURTROOM DEPUTY NO LATER THAN THURSDAY, JULY 15, 2004 OF HOW THE CASE IS EXPECTED TO PROCEED.**

**IT IS FURTHER ORDERED** if the case pleads after seven days before the scheduled trial date an order to show cause hearing will be held and sanctions will be imposed against counsel responsible for the late plea. Sanctions will include attorneys fees, the costs incurred by the Court's staff and jury administration costs.

**IT IS FURTHER ORDERED** the Clerk of the Court mail copies of this order to all counsel of record in the above-captioned case.

No excludable delay shall result from the entry of this order.

DATED this 1st day of July, 2004.

Roslyn O. Silver
United States District Judge