___ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 0 2 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 0 9 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**EFRAIN FELIX-YANEZ,**

Defendant.

**No.: CR04-0403-PHX-ROS**

**ORDER SETTING TIME TO FILE PRETRIAL MOTIONS, STATUS CONFERENANCE & TRIAL DATE OF 8/3/04**

Upon defendant Felix-YANEZ' motion to extend time for filing pretrial motions, status conference and trial and there being no objection from the Government or the co-defendants;

**IT IS ORDERED** granting defendant's motion pursuant to 18 U.S.C. § 3161 (h) (8) (A). The Court finds the ends of justice are served by granting a continuance outweigh the best interest of the public and the defendant and co-defendants. This finding is based upon the Court's conclusion that failure to grant a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h) (8) (B) (IV).

**IT IS ORDERED**, as to all defendants, vacating the August 3,

32

2004 trial date and resetting the same to October 5, 2004 at 8:30 a.m in Courtroom 604, 6th floor in Phoenix, Arizona As to all defendants.

**IT IS FURTHER ORDERED:**

1. Extending motions deadline to Sept. 3, 2004.

2. Vacating the status conference of July 19, 2004, ~~and resetting the same to ____________, 2004 at ____ a.m./ p.m. in Courtroom ______, ______ floor in Phoenix, Arizona.~~

3. Excludable delay under 18 U.S.C. §3161(h) (8) (A) is found to commence on 8-3-04, for a period of 63 days.

**DONE IN OPEN COURT** this 7th day of July, 2004

Roslyn O. Silver

Honorable Roslyn O. Silver
U.S. District Court
District of Arizona

CC:
U.S. Marshal
Probation
PTS
U S. Attorney
Atty for Dft
Defendant
Interpreter
Judge
Immigration
9CCA
Order Book
Finance
Other

By:
Date