X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 10 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Juan Felix, Defendant. | DATE: 9-9-04<br>CR 04-403-2 PHX ROS<br>**MINUTE ORDER** |

IN THE ABOVE-REFERENCED MATTER:

IT IS ORDERED setting Hearing re: Defendant's Motion for Review of Detention Order [doc. 36-1] on **<u>September 14, 2004, at 1:00 p.m.</u>** before Judge Bolton.

RICHARD H. WEARE
District Court Executive/Clerk of Court

Maureen Williams
Maureen Williams
Courtroom Deputy for Judge Bolton

40