X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 1 4 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

Phoenix Division

**CR 04 / 403 / 2 PHX ROS** DATE: 9-14-04
Year Case No. Dft #

HON: SUSAN R. BOLTON Judge # 7026

USA v. Felix, Juan
Last Name First Name Middle Initial
DEFENDANT: X Present_ Not Present _ Released X Custody __Writ

Deputy Clerk: Maureen Williams Crt Rptr/ECR Kim Myrick

U.S Atty: Glenn McCormick Dft counsel: Mark Berardoni
_ AFPD X Appt'd _ Retained

Interpreter: Cristina Sporrer Language: Spanish

---

**PROCEEDINGS**: X Open Court _Chambers _ SEALED

This is the time set for Hearing re: Defendant's Motion for Review of Detention Order [doc. 36-1]. Discussion held. At the request of defense counsel,

IT IS ORDERED continuing Hearing set this date to **September 22, 2004, at 9:00 a.m.** before Judge Bolton.

Excludable delay purs to 18:3161 to commence on________For a total of_______________.
Copies to: Cr/Mot #8 1/1/94

46