FILED X LODGED RECEIVED COPY
SEP 16 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

X FILED LODGED RECEIVED COPY
SEP 22 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Juan Felix,<br>Defendant. | **CR04-403-002-PHX-ROS**<br><br>**ORDER ALLOWING WITHDRAWAL OF MOTION FOR REVIEW OF DETENTION ORDER AND VACATING OF REVIEW HEARING DATE** |

Upon motion of the Defendant, for the reasons set forth in the motion and good cause appearing,

IT IS HEREBY ORDERED allowing the withdrawal of Defendant's Motion for Review of Detention Order and preserving Defendant's right to re-file if there is a change in relevant facts.

IT IS FURTHER ORDERED that the review date currently set for Wednesday, September 22, 2004 at 9:00 a.m. be vacated.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h)(8)(A) is found to commence on ______________________, for a period of ______ days.

DATED: Sept 20, 2004.

Susan R Bolton
Honorable Susan R. Bolton
United States District Court Judge
District of Arizona

49