___ FILED X LODGED
___ RECEIVED ___ COPY
SEP 2 2 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 2 4 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**EFRAIN FELIX-YANEZ,** et al.

Defendants.

**No.: CR04-0403-PHX-ROS**

**ORDER SETTING TIME TO FILE PRETRIAL MOTIONS, STATUS CONFERENANCE & TRIAL DATE OF 10/5/04**

Upon defendant Felix-YANEZ' motion to extend time for filing pretrial motions, status conference and trial and there being no objection from the Government or the co-defendants;

**IT IS ORDERED** granting defendant's motion pursuant to 18 U.S.C. § 3161 (h) (8) (A). The Court finds the ends of justice are served by granting a continuance outweigh the best interest of the public and the defendant and co-defendants. This finding is based upon the Court's conclusion that failure to grant a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h) (8) (B) (IV).

**IT IS ORDERED**, as to all defendants, vacating the October 5, 2004 trial date and resetting the same to November 2, 2004 at 9:00 a.m in Courtroom 502, 5th floor in Phoenix, Arizona

**IT IS FURTHER ORDERED:**

1. Extending motions deadline to October 1, 2004, as to all Defendants pending trial.

2. Vacating the status conference of September 27, 2004, ~~and resetting the same to ________________, 2004 at _____ a.m./ p.m. in Courtroom _____, ______ floor in Phoenix, Arizona.~~

3. Excludable delay under 18 U.S.C. §3161(h) (8) (A) is found to commence on 10/6/04, for a period of 27 days as to all Defendants pending trial.

**DONE IN OPEN COURT** this 23 day of September, 2004

Susan R Bolton

Honorable Susan R. Bolton
U.S. District Court
District of Arizona