**LAW OFFICES OF THOMAS JACOBS**
**271 North Stone Avenue**
**Tucson, Arizona 85701**
**PHN : (520) 628-1622**
**FAX : (520) 628-4534**

Thomas Jacobs, Esq.
State Bar No. 013275
P.C.C. No. 64489

Attorney for: JUAN FELIX.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | **CR04-0403-02-TUC-ROS** |
| **Juan Felix,** | **UNOPOSSED MOTION TO CONTINUE SENTENCING HEARING** |
| **Defendant,** | [10TH Request] |

It is expected that excludable delay under 18 U.S.C. §3161(h)(3)(B)(8)(A) will occur as a result of this motion or from an order based thereon.

COMES NOW Defendant, by and through his attorney, and hereby moves this Court for a continuance of the Sentencing Hearing date presently scheduled on June 19, 2006. This request for a continuance is made for the following reason(s):

1. Counsel for defendant will be out of town in a pre-planned family vacation from June 17, 2006 to June 24, 2006. Therefore, undersigned counsel requests that this matter be continued for thirty (30) days.

2. Undersigned counsel's office has spoken with Assistant U.S. Attorney

Glenn McCormick, who has stated that he has no objection to the continuance. Also, U.S. Attorney Glenn McCormick will be out of town. The available dates agreed upon by the parties are July 3-5, 2006. Undersigned counsel's staff has also spoken with Justine Kozak, U.S. Probation Officer, who stated she has no objection to the continuance.

3. Pursuant to Local Rule 1.10(n), Defendant hereby advises the court that this is the tenth requested extension.

4. This motion is made in the interests of justice, and not for mere purpose of delay.

WHEREFORE, undersigned counsel requests that the sentencing hearing date of this matter be continued to a mutually agreed upon date.

RESPECTFULLY SUBMITTED this 8th day of June, 2006.

**LAW OFFICES OF THOMAS JACOBS**

By ______________________
Thomas Jacobs, Esq.
Attorney for Defendant

Copy of the foregoing has been served
Electronically or by other means this
8th day of June, 2006 to:

Hon. Roslyn O. Silver
Email: silver_chambers@azd.uscourts.gov

Glenn McCormick, Esq.
Email: glenn.mccormick@usdoj.gov

Copy of the foregoing
mailed/delivered this

__8th_day of June, 2006 to:

Justine Kozac
U.S. Probation Offices
401 West Washington
Space 7, Suite 160
Phoenix, AZ 85003-2119

Juan Felix, #82106-008
CCA
P.O. Box 6300
Florence, AA 85232