FILED
AUG 07 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff - Appellee,<br>v.<br>JUAN FELIX,<br>Defendant - Appellant. | No. 07-15765<br>D.C. Nos. CV-06-01964-ROS<br>CR-04-00403-ROS<br>District of Arizona,<br>Phoenix<br>ORDER |

Before: HAWKINS and BYBEE, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
AUG 07 2007
by: Deputy Clerk